UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MELENDEZ, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN PROPERTY MANAGEMENT CORP., a California corporation, APMC SAN DIEGO HOTEL MANAGEMENT LLC, a California limited liability company, U.S. GRANT HOTEL VENTURES, LLC, a California limited liability company, AND DOES 1 through 20, Inclusive<br><br>　　　　Defendants. | CASE NO. 05 CV 1606 IEG (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 37] |
| AMERICAN PROPERTY MANAGEMENT CORP., a New Mexico corporation, and APMC SAN DIEGO HOTEL MANAGEMENT LLC, a California limited liability company,<br><br>　　　　Cross-Claimants,<br><br>v.<br><br>U.S. GRANT HOTEL VENTURES, LLC, a California limited liability company,<br><br>　　　　Cross-Defendant. | |

/ / /

/ / /

1

1 | Presently before the court is the parties' joint motion to dismiss the complaint with
2 | prejudice. (Doc. No. 37.)  Upon agreement of the parties and good cause appearing, the court
3 | hereby **GRANTS** the joint motion.  The complaint is hereby **DISMISSED** with prejudice in its
4 | entirety.  Upon agreement of the parties, the court hereby retains jurisdiction to enforce the terms
5 | of the Agreement and General Release.  The Clerk of Court is ordered to terminate this matter.
6 | **IT IS SO ORDERED.**

**Dated: April 19, 2007**

*[signature]*
**HON. IRMA E. GONZALEZ, Chief Judge**
United States District Court
Southern District of California