# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Fernando Melendez,

            V.

American Property Management Corporation
APMC San Diego Hotel Management LLC
US Grant Hotel Ventures, LLC

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05cv1606 IEG(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court grants the joint motion. The complaint is dismissed with prejudice in its entirety. Upon agreement of the parties, the court hereby retains jurisdiction to enforce the terms of the agreement and general release……………………………………………………………………………………………………………
……………………………………………………………………………………………………………

| April 19, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | B. Robinson |
| | (By) Deputy Clerk |
| | ENTERED ON April 19, 2007 |